

164-01 Northern Blvd. 2nd Fl.
Flushing, New York 11358
T: (718) 573-1111

June 29, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2023

**VIA ECF**

Judge Valerie E. Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:    1:22-cv-10481**
             **Kim et al v. Let's Meat Inc et al**

Dear Judge Caproni,

I am writing to request an adjournment of the status conference scheduled for July 10th, 2023 as well as the due date to submit joint status letter by July 6 due to the fact that I will be out of the country from June 28, 2023, to July 28, 2023.

I respectfully request that the status conference be adjourned until August. I am available on August 16th or any date thereafter.

Respectfully submitted,

Cc: Diane Lee, Esq. (via ECF)

/s/Ryan J. Kim
Counsel for Plaintiffs

---

Application GRANTED.  The status conference in this matter is ADJOURNED to **Friday, August 25, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Plaintiffs must submit a written response to the Court's June 28, 2023, Order at Dkt. 17 as to why Plaintiffs should not be held to their oral settlement contract as well as signed affidavits from both Plaintiffs stating that they have reviewed the proposed settlement agreement, and whether they accept or decline the settlement offer, by **August 4, 2023**.  Any further adjournment requests will not be granted absent extraordinarily good cause in light of the lengthy adjournment.

Pursuant to Rule 2(C) of the Undersigned's Individual Practices, all extension or adjournment requests must indicate whether the other party consents.  Future extension or adjournment requests made by Plaintiffs' counsel in violation of the Undersigned's Individual Practices may be denied on that basis alone.

SO ORDERED.

*[signature]*        06/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE