

164-01 Northern Blvd. 2nd Fl.
Flushing, New York 11358
T: (718) 573-1111

August 4, 2023



| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 08/07/2023 |

**VIA ECF**

Judge Valerie E. Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

       **Re:**     **1:22-cv-10481**
                **Kim et al v. Let's Meat Inc et al**

Dear Judge Caproni,

We represent the Plaintiffs in the above-referenced matter. Pursuant to your Honor's order of June 28, 2023, I write this letter to inform the court of the status of the case.

The plaintiffs have decided to move forward and settle the case. Plaintiffs expect to file cheeks motion next week for the Court's approval of the settlement.

       Respectfully submitted,

                          /s/Ryan J. Kim
                          Counsel for Plaintiffs

Cc: Diane Lee, Esq. (via ECF)

Not later than **Thursday, August 10, 2023**, the parties must file either a joint letter motion requesting that the Court approve the settlement agreement or stipulation pursuant to Federal Rule of Civil Procedure 41.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 15.

SO ORDERED.

08/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE